| Case No: | 14-12762 AIH Judge: ARTHUR HARRIS | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
|---|---|---|---|
| Case Name: | CONTE JR., RALPH W | Date Filed (f) or Converted (c): | 04/29/14 (f) |
|  | CONTE, PATRICIA A | 341(a) Meeting Date: | 06/03/14 |
| For Period Ending: | 09/30/14 | Claims Bar Date: | 09/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13525 N. PARTRIDGE DRIVE, VALLEY VIEW, OHIO 44125 | 217,000.00 | 0.00 | | 0.00 | FA |
| 13525 N. Partridge Drive, Valley View, Ohio 44125 PPN: 572-28-048 | | | | | |
| 2. BRECKSVILLE ROAD, RICHFIELD, OHIO PPN: 480-04-36 | 1,376.10 | 7,200.00 | | 0.00 | 7,200.00 |
| Brecksville Road, Richfield, Ohio PPN: 480-04-36 VALUE AMENDE | | | | | |
| 3. BRECKSVILLE ROAD, RICHFIELD, OHIO 44286 - PPN: 500 | 49.50 | 555.00 | | 0.00 | 555.00 |
| Brecksville Road, Richfield, Ohio 44286 - PPN: 500-17-55 VALUE AMENDED | | | | | |
| 4. BRECKSVILLE ROAD, RICHFIELD, OH 44286 PPN: 480-01- | 768.90 | 3,900.00 | | 0.00 | 3,900.00 |
| Brecksville Road, Richfield, OH 44286 PPN: 480-01-36 VALUE AMENDED | | | | | |
| 5. BRECKSVILLE ROAD, RICHFIELD, OHIO 44286, PPN: 500- | 8,236.80 | 43,845.00 | | 0.00 | 43,845.00 |
| Brecksville Road, Richfield, Ohio 44286, PPN: 500-17-59 VALUE AMENDED | | | | | |
| 6. CASH | 0.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 7. CHASE BANK CHECKING ACCT | 45.00 | 0.00 | | 0.00 | FA |
| Chase Bank Checking Acct | | | | | |
| 8. CHASE BANK CHECKING | 94.00 | 0.00 | | 0.00 | FA |
| Chase Bank Checking | | | | | |
| 9. CHASE BANK SAVINGS ACCT | 50.00 | 0.00 | | 0.00 | FA |
| Chase Bank Savings Acct | | | | | |
| 10. NAVY FEDERAL CREDIT UNION | 107.00 | 0.00 | | 0.00 | FA |
| Navy Federal Credit Union | | | | | |
| 11. NAVY FEDERAL CREDIT UNION SAVINGS | 5.00 | 0.00 | | 0.00 | FA |
| Navy Federal Credit Union Savings | | | | | |
| 12. USAA FEDERAL SAVINGS BANK CHECKING ACCT | 235.00 | 0.00 | | 0.00 | FA |

Case No: 14-12762 AIH Judge: ARTHUR HARRIS  
Case Name: CONTE JR., RALPH W  
CONTE, PATRICIA A

Trustee Name: ALAN J. TREINISH, TRUSTEE  
Date Filed (f) or Converted (c): 04/29/14 (f)  
341(a) Meeting Date: 06/03/14  
Claims Bar Date: 09/26/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| USAA Federal Savings Bank Checking Acct | | | | | |
| 13. FIREFIGHTER CREDIT UNION CHECKING | 175.00 | 0.00 | | 0.00 | FA |
| Firefighter Credit Union Checking | | | | | |
| 14. FIREFIGHTER CREDIT UNION SAVINGS | 5.00 | 0.00 | | 0.00 | FA |
| Firefighter Credit Union Savings | | | | | |
| 15. HOUSEHOLD GOODS | 4,500.00 | 0.00 | | 0.00 | FA |
| Household Goods | | | | | |
| 16. CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 17. WEDDING RING | 1,000.00 | 0.00 | | 0.00 | FA |
| Wedding Ring | | | | | |
| 18. 9MM BARETTA | 200.00 | 0.00 | | 0.00 | FA |
| 9mm Baretta | | | | | |
| 19. USAA TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| USAA Term Policy | | | | | |
| 20. USAA WHOLE LIFE POLICY - SPOUSE IS BENEFICIARY | 562.00 | 0.00 | | 0.00 | FA |
| USAA Whole Life Policy - spouse is beneficiary | | | | | |
| 21. USAA WHOLE LIFE POLICY - SPOUSE IS BENEFICARY | 234.00 | 0.00 | | 0.00 | FA |
| USAA Whole Life Policy - spouse is beneficary | | | | | |
| 22. OHIO DEFERRED COMPENSATION | 18,885.15 | 0.00 | | 0.00 | FA |
| Ohio Deferred Compensation | | | | | |
| 23. PERS | 0.00 | 0.00 | | 0.00 | FA |
| PERS | | | | | |
| 24. FIREFIGHTER'S PENSION | 0.00 | 0.00 | | 0.00 | FA |
| Firefighter's Pension | | | | | |
| 25. LAWSUIT AGAINST JJJ PROPERTIES, LLC MARK SHEARER, | Unknown | 18,500.00 | | 0.00 | 18,500.00 |

LFORM1

Ver: 18.01

| Case No: | 14-12762 AIH Judge: ARTHUR HARRIS | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
|---|---|---|---|
| Case Name: | CONTE JR., RALPH W | Date Filed (f) or Converted (c): | 04/29/14 (f) |
| | CONTE, PATRICIA A | 341(a) Meeting Date: | 06/03/14 |
| | | Claims Bar Date: | 09/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Lawsuit against JJJ Properties, LLC Mark Shearer, Attorney (440)717-1580 | | | | | |
| 26. JUDGMENT AGAINST BEVERLY BRIGGS, ESQ. | 153,467.00 | 0.00 | | 0.00 | FA |
| Judgment Against Beverly Briggs, Esq. | | | | | |
| 27. CLAIM FOR IMPROPERLY DONE ADDITION TO HOME AGAINST | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| Claim for Improperly done Addition to Home against Blossom Homes | | | | | |
| 28. POSSIBLE LAWSUIT AGAINST CITY OF NORTH RIDGEVILLE | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| Possible Lawsuit against City of North Ridgeville for violation FMLA | | | | | |
| 29. 2006 FORD EXPEDITION | 5,900.00 | 1,000.00 | | 600.00 | 400.00 |
| 2006 Ford Expedition | | | | | |
| 30. INTEREST IN GAS AND OIL RIGHTS IN THE RICHFIELD PR | 30,750.00 | 111,000.00 | | 0.00 | 111,000.00 |
| Interest in Gas and Oil Rights in the Richfield Property | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $444,045.45 | $188,000.00 | | $600.00 | $187,400.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 25, 2014, 11:12 am COUNSEL PROCEEDING WITH PLEADINGS TO SELL REAL ESTATE.: ASSET NUMBERS 2 THROUGH 5, 25 AND 30 ARE ALL PART OF PACKAGE DEAL FOR $185,000.00 COMBINED

September 11, 2014, 01:37 pm PYMENT RECEIVED BACK 10/8/14

August 08, 2014, 12:10 pm PAYMENT RECEIVED BACK 9/5/14

| | | |
|---|---|---|
| Case No: | 14-12762　AIH　Judge: ARTHUR HARRIS | Trustee Name:　ALAN J. TREINISH, TRUSTEE |
| Case Name: | CONTE JR., RALPH W | Date Filed (f) or Converted (c):　04/29/14 (f) |
| | CONTE, PATRICIA A | 341(a) Meeting Date:　06/03/14 |
| | | Claims Bar Date:　09/26/14 |

August 01, 2014, 10:44 am discussed with accountant and he will provide affidavit to employ

July 08, 2014, 12:35 pm FIRST PAYMENT RECEIVED THIS DATE, NEED NOI AND BACK 8/5/14

June 18, 2014, 08:37 am FILED APP TO EMPLOY BARR THIS DATE, REVIEW OFFER FROM SHORAIN

Initial Projected Date of Final Report (TFR): 06/18/15　　　Current Projected Date of Final Report (TFR): 09/18/15

　　　/s/　ALAN J. TREINISH, TRUSTEE
_____　Date: 10/02/14
　　　ALAN J. TREINISH, TRUSTEE

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 18.01

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | | |
|---|---|---|
| Case No: | 14-12762 -AIH | |
| Case Name: | CONTE JR., RALPH W | |
| | CONTE, PATRICIA A | |
| Taxpayer ID No: | *******8912 | |
| For Period Ending: | 09/30/14 | |

| | | |
|---|---|---|
| Trustee Name: | ALAN J. TREINISH, TRUSTEE | |
| Bank Name: | Bank of Kansas City | |
| Account Number / CD #: | *******2419 Checking - Non Interest | |
| Blanket Bond (per case limit): | $ 2,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/14 | 29 | RALPH W CONTE JR.<br>PATRICIA A CONTE<br>13525 NORTH PARTRIDGE DRIVE<br>VALLEY VIEW, OH 44125-5471 | VEHICLE PAYMENT | 1129-000 | 200.00 | | 200.00 |
| 08/08/14 | 29 | RALPH W CONTE JR.<br>PATRICIA A CONTE<br>13525 NORTH PARTRIDGE DRIVE<br>VALLEY VIEW, OH 44125-5471 | VEHICLE PAYMENT | 1129-000 | 200.00 | | 400.00 |
| 09/11/14 | 29 | RALPH W CONTE JR.<br>PATRICIA A CONTE<br>13525 NORTH PARTRIDGE DRIVE<br>VALLEY VIEW, OH 44125-5471 | VEHICLE PAYMENT | 1129-000 | 200.00 | | 600.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 600.00 | 0.00 | 600.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 600.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 600.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********2419 | 600.00 | 0.00 | 600.00 |
| | 600.00 | 0.00 | 600.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   600.00   0.00

Ver: 18.01

LFORM24

14-12762-aih    Doc 48    FILED 10/02/14    ENTERED 10/02/14 15:01:06    Page 5 of 6

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-12762 -AIH | | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
| Case Name: | CONTE JR., RALPH W | | Bank Name: | Bank of Kansas City |
| | CONTE, PATRICIA A | | Account Number / CD #: | *******2419  Checking - Non Interest |
| Taxpayer ID No: | *******8912 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.01

LFORM24