UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-12762 |
| | ) | |
| RALPH AND PATRICIA CONTE | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: ARTHUR HARRIS |
| Debtor | ) | |

**TRANSMITTAL OF UNCLAIMED FUNDS**

    Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since a distribution of non-estate funds was remitted to Nicole Conte in this case. A Stop Payment has been issued on the following check:

Account No. 1156902419

2/10/15 Check No. 1000 payable to Nicole Conte in the amount of $73,814.93

Your Trustee's check number 1002 in the above respective amount payable to the Clerk of the United States Bankruptcy Court is being electronically transmitted through ACH Direct Debit this date.

Date: May 13, 2015                                                  /s/ Alan J. Treinish
                                                                                                        ALAN J. TREINISH, Trustee